JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVIA GONZALEZ, an individual, | CASE NO.: EDCV12-2002 BRO (SPx) |
| Plaintiff, | Hon. Beverly Reid O'Connell |
| vs. | **JUDGMENT** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska Corporation, and DOES 1 through 100, | Crtrm: 14 – Spring Street |
| Defendants. | Complaint Filed: October 9, 2012 |

# **JUDGMENT**

Plaintiff Olivia Gonzalez's ("Gonzalez") and Defendant United of Omaha Life Insurance Company's ("United") respective Motions for Judgment under Federal Rule of Civil Procedure 52 came on regularly for hearing before this Court on July 18, 2014, the Honorable Beverly Reid O'Connell, District Judge presiding. Appearances of counsel were noted in the record.

After considering the information contained in the Administrative Record, the parties' respective moving and responding papers, the arguments of counsel, and all other matters presented to the Court, this Court GRANTS United's Motion and finds that Judgment should be entered in favor of United for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated July 21, 2014 (Dkt. No. 52).

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Judgment is given and shall be entered in favor of United and against Gonzalez; and

2. That Gonzalez shall take nothing by way of her First Amended Complaint; and

3. That United may apply to recover costs of suit from Gonzalez.

**IT IS SO ORDERED.**

Dated:  July 25, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE